Commonwealth *v.* Clark, Appellant.

Submitted December 13, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*James P. Geoghegan,* for appellant.

*Harold W. Spencer,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 20, 1963:

The order of the Court of Quarter Sessions of Montgomery County is affirmed on the opinion of Judge GROSHENS, for the court below, reported at 29 Pa. D. & C. 2d 379.